**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| INTERCARRIER COMMUNICATIONS LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>INTEROP TECHNOLOGIES, LLC,<br><br>　　　　　　Defendant. | Case No.  3:12-cv-00769-JAG<br><br>Judge:  Hon. John A. Gibney, Jr. |

**PARTIES' JOINT STATEMENT REGARDING INTEROP TECHNOLOGIES, LLC'S MOTION TO DISMISS, AND REGARDING TRANSFER OF THE CASE TO THE SOUTHERN DISTRICT OF FLORIDA**

Plaintiff Intercarrier Communications LLC ("ICC" or "Plaintiff") and Defendant Interop Technologies, LLC ("Interop" or "Defendant") hereby submit this Joint Statement to (1) dismiss this case without prejudice and (2) transfer this case to the United States District Court for the Southern District of Florida.  In support, the Parties state as follows:

1.　　　On January 18, 2013, Defendant filed a Motion to Dismiss for Lack of Personal Jurisdiction, Improper Venue, and insufficient/improper service in this case. (D.I. 15)

2.　　　In its Memorandum of Law in Support of its Motion to Dismiss, Defendant stated that venue is improper in the Eastern District of Virginia, but is proper in the Southern District of Florida. (D.I. 16 at 8)

3.     On February 1, 2013, Defendant filed a separate action on the same issues of the case at bar in the United States District Court for the Southern District Court of Florida, naming ICC, Acacia Research Corporation ("Acacia") and Telecommunication Systems, Inc. ("TCS") as Co-Defendants and seeking Declaratory Judgment of invalidity of U.S. Patent No. 6,985,748 ("the '748 Patent") and non-infringement of the '748 Patent. *Interop Technologies, LLC v. Acacia Research Corporation et al.*, 1:13-cv-20381-JAL (S.D. Fl.)

4.     On February 28, 2013, the Court ordered limited jurisdictional discovery on the Defendant's business contacts with the Commonwealth of Virginia. (D.I. 22)

5.     In accordance with the Court's order, ICC conducted limited discovery on Defendant including a Rule 30(b)(6) deposition on April 9, 2013.

6.     In light of the jurisdictional discovery, Counsel for the Parties have conferred and the Parties agree, and hereby jointly request, that this case be dismissed without prejudice and transferred to the United States District Court for the Southern District of Florida and joined with Defendant's action in Florida.

## CERTIFICATE OF CONFERENCE

The undersigned hereby certify that counsel for the Parties have met and conferred and agree to the relief sought in this Motion. ICC does not oppose the matter being dismissed without prejudice and transferred to the Southern District of Florida and joined with Civil Action 1:13-cv-20381-JAL (S.D. Fl.).

Dated: April 18, 2013

By:

  /s/

Harris D. Butler (VA Bar No. 26483)
Rebecca H. Royals (VA Bar No. 71420)
BUTLER ROYALS, PLC
140 Virginia Street, Suite 302
Richmond, VA 23219
Telephone: 804.648.4848
Facsimile: 804.648.6814
Email: Harris.Butler@butlerroyals.com
Email: Rebecca.Royals@butlerroyals.com

Timothy Devlin (Admitted *pro hac vice*)
Xiang Yu (Admitted *pro hac vice*)
FARNEY DANIELS PC
800 South Austin Ave., Suite 200
Georgetown, TX 78626
Telephone: 512-582-2813
Facsimile: 512-582-2829
Email: tdevlin@farneydaniels.com
Email: ayu@farneydaniels.com

*Counsel for Plaintiff/Counterclaim Defendant Intercarrier Communications LLC*

By:

  /s/

Connell Mullins, Jr. (VA Bar No. 47213)
Robert J. Allen (VA Bar No. 65214)
SPOTTS FAIN PC
Post Office Box 1555
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Telephone: 804.697.2000
Facsimile: 804. 697.2100
Email: cmullins@spottsfain.com
Email: rallen@spottsfain.com

Peter A. Koziol (Admitted *pro hac vice*)
Eric N. Assouline (Admitted *pro hac vice*)
ASSOULINE & BERLOWE, P.A.
2700 N. Military Trail, Suite 150
Boca Raton, Florida 33431
Telephone: 561.361.6566
Facsimile: 561.361.6466
Email: pak@assoulineberlowe.com
Email: ena@assoulineberlowe.com

*Counsel For Defendant Interop Technologies, LLC*.

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of April, 2013, I will electronically file the foregoing document with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record:

Harris Dewey Butler, III, Esq.
Rebecca H. Royals, Esq.
Butler Royals PLC
140 Virginia Street, Suite 302
Richmond, VA 23219
Email: harris.butler@butlerroyals.com
      rebecca.royals@butlerroyals.com
*Counsel for Plaintiff Intercarrier Communications LLC*

Timothy Devlin, Esq.
Farney Daniels LLP
1220 North Market Street, Suite 850
Wilmington, DE 19806
Email: tdevlin@farneydaniels.com
*Counsel for Plaintiff Intercarrier Communications LLC (pro hac vice)*

Xiang Yu, Esq.
Farney Daniels LLP (NA-TX)
800 S Austin Avenue, Suite 200
Georgetown, TX 78626
Email: ayu@farneydaniels.com
*Counsel for Plaintiff Intercarrier Communications LLC (pro hac vice)*

By: ___/s/_____
Robert J. Allen (VSB No. 65214)
Email: rallen@spottsfain.com
SPOTTS FAIN PC
Post Office Box 1555
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Telephone: (804) 697-2000
Facsimile: (804) 697-2100
*Counsel for Defendant Interop Technologies, LLC*

4